

**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KARLA GORMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., COX COMMUNICATIONS; KOHL'S INC.<br><br>    Defendants. | Case No. 2:22-CV-00369-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES UNDER FCRA, 15 U.S.C. § 1681**<br><br>**[FIRST REQUEST]** |

Defendant Cox Communications ("Cox"), by and through its attorneys, Dickinson Wright PLLC, and Plaintiff Karla Gorman ("Plaintiff"), by and through her attorneys, Freedom Law Firm and Kind Law, stipulate and agree as follows:

1. Plaintiff filed her Complaint for Damages under FCRA, 15 U.S.C. § 1681 on March February 28, 2022 (the "Complaint").

2. Plaintiff served Cox on March 2, 2022.

3. Cox's deadline to respond, move or otherwise pleads to the Complaint is March 23, 2022.

4. Plaintiff and Defendant have agreed that Cox shall have up to an including April 29, 2022, to respond, move or otherwise pleads to the Complaint.

5. The request for an extension is so that Cox can review its records pertaining to the allegations in the Complaint.

6. This is the first stipulation between Plaintiff and Cox to extend the time for Cox to respond, move or otherwise plead to the Complaint and it is not being entered into for purposes of any delay.

Dated: March 21st, 2022.              Dated: March 21st, 2022.

**DICKINSON WRIGHT PLLC**           **FREEDOM LAW FIRM**

/s/: Michael N. Feder                /s/: Gerado Avalos
MICHAEL N. FEDER                     GEORGE HAINES
Nevada Bar No. 7332                  Nevada Bar No. 9411
GABRIEL A. BLUMBERG                  GERARDO AVALOS
Nevada Bar No. 12332                 Nevada Bar No. 15171
3883 Howard Hughes Parkway, Suite 800   8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89169              Las Vegas, NV  89123
Tel: (702) 550-4400                  Tel: (702) 880-5554
Fax: (844) 670-6009                  Fax: (702) 385-5518
Email: mfeder@dickinson-wright.com   Email: Chaines@freedomlegalteam.com
Email: gblumberg@dickinson-wright.com   Email: Gavalos@freedomlegalteam.com

*Attorneys for Defendant*            MICHAEL KIND
*Cox Communications*                 Nevada Bar No. 13903
                                     **KIND LAW**
                                     8860 South Maryland Parkway, Suite 106
                                     Las Vegas, NV 89123
                                     Tel: (702) 337-2322
                                     Fax: (702) 329-5881
                                     Email: mk@kindlaw.com

                                     *Attorneys for Plaintiff Karla Gorman*

**ORDER**

IT IS SO ORDERED.

DATED: __March 22__, 2022            _____
                                     UNITED STATES MAGISTRATE JUDGE



**CERTIFICATE OF SERVICE**

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 21st of March, 2022, she caused a copy of **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES UNDER FCRA, 15 U.S.C. § 1681[FIRST REQUEST]** to be served electronically to all parties of interest through the Court's *CM/ECF system* as follows:

Michael Kind
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123

George Haines
Gerard Avalos
**FREEDOM LAW GROUP**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada  89123
Tel: (702) 880-5554
Email: Ghaines@freedomlegalteam.com
Email: Gavalos@freedomlegalteam.com

*Attorneys for Plaintiff Karla Gorman*

                                                  */s/: Dianne Kelling*
                                                  An Employee of Dickinson Wright PLLC

