GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*National Consumer Telecom & Utilities*
*Exchange, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

KARLA GORMAN,

                       Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS,
INC.; NATIONAL CONSUMER TELECOM
& UTILITIES EXCHANGE, INC.; COX
COMMUNICATIONS; KOHL'S INC.,

                       Defendants.

**Case No. 2:22-cv-00369-JCM-BNW**

**JOINT MOTION FOR EXTENSION OF
TIME FOR DEFENDANT NATIONAL
CONSUMER TELECOM & UTILITIES
EXCHANGE, INC. TO FILE ANSWER**

**FIRST REQUEST**

     Defendant National Consumer Telecom & Utilities Exchange, Inc. ("NCTUE") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that NCTUE's time to answer, move or otherwise respond to the Complaint in this action is extended from March 25, 2022 through and including **April 25, 2022**.  The request was made by NCTUE so that it can have an opportunity to

//

//

//

collect and review its internal files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause delay.

Respectfully submitted, this 25TH day of March, 2022.

CLARK HILL PLLC

By: /s/*Gia N. Marina*
Gia N, Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy,
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com

*Attorney for Defendant National Consumer Telecom & Utilities Exchange, Inc.*

**<u>No opposition</u>**

/s/*Michael Kind*
Michael Kind, Esq.
Nevada Bar No. 13903
KIND LAW
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Phone: (702) 337-2322
Fax: (702) 329-5881
Email: mk@kindlaw.com

George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos
Nevada Bar No. 15171
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518

*Attorneys for Plaintiff*

IT IS SO ORDERED:

United States Magistrate Judge

DATED: March 28, 2022

1

## <u>CERTIFICATE OF SERVICE</u>

2      I hereby certify that a true and exact copy of the foregoing has been served this 25TH day of

3  March, 2022, via CM/ECF, upon all counsel of record:

4

5                                          By: /s/ *Gia N. Marina*
                                           Gia N. Marina
6                                          Nevada Bar No. 15276
                                           3800 Howard Hughes Pkwy, Suite 500
7                                          Las Vegas, NV 89169
                                           Tel: (702) 862-8300
8                                          Fax: (702) 862-8400
                                           Email: gmarina@clarkhill.com
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28