**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARLA GORMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., COX COMMUNICATIONS; KOHL'S INC.<br><br>    Defendants. | Case No. 2:22-CV-00369-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES UNDER FCRA, 15 U.S.C. § 1681**<br><br>**[SECOND REQUEST]** |

Defendant Cox Communications ("Cox"), by and through its attorneys, Dickinson Wright PLLC, and Plaintiff Karla Gorman ("Plaintiff"), by and through her attorneys, Freedom Law Firm and Kind Law, stipulate and agree as follows:

1.  Plaintiff filed her Complaint for Damages under FCRA, 15 U.S.C. § 1681 on March February 28, 2022 (the "Complaint").

2.  Plaintiff served Cox on March 2, 2022.



1

3. Pursuant to the Stipulation and Order approved by the Court on March 22, 2022, [ECF No. 12], Cox's deadline to respond, move or otherwise pleads to the Complaint was extended to April 29, 2022.

4. Plaintiff and Defendant have agreed that Cox shall have up to an including May 31, 2022, to respond, move or otherwise pleads to the Complaint.

5. The request for an extension is so that Cox can continue to review its records pertaining to the allegations in the Complaint.

6. This is the second stipulation between Plaintiff and Cox to extend the time for Cox to respond, move or otherwise plead to the Complaint and it is not being entered into for purposes of any delay.

Dated: April 26th, 2022.                                                           Dated: April 26th, 2022.

**DICKINSON WRIGHT PLLC**                                                **FREEDOM LAW FIRM**

/s/: Michael N. Feder                                                               /s/: Gerado Avalos
MICHAEL N. FEDER, NV Bar No. 7332                             GEORGE HAINES, NV Bar No. 9411
GABRIEL A. BLUMBERG, NV Bar No. 12332                 GERARDO AVALOS, NV Bar No. 15171
3883 Howard Hughes Parkway, Suite 800                       8985 S. Eastern Avenue, Suite 350
Las Vegas, Nevada 89169                                                     Las Vegas, NV 89123
Tel: (702) 550-4400                                                                Tel: (702) 880-5554
Fax: (844) 670-6009                                                               Fax: (702) 385-5518
Email: mfeder@dickinson-wright.com                              Email: Chaines@freedomlegalteam.com
Email: gblumberg@dickinson-wright.com                       Email: Gavalos@freedomlegalteam.com

*Attorneys for Defendant*                                                      MICHAEL KIND, NV Bar No. 13903
*Cox Communications*                                                         **KIND LAW**
                                                                                                  8860 South Maryland Parkway, Suite 106
                                                                                                  Las Vegas, NV 89123
                                                                                                  Tel: (702) 337-2322
                                                                                                  Fax: (702) 329-5881
                                                                                                  Email: mk@kindlaw.com
                                                                                                  *Attorneys for Plaintiff Karla Gorman*

**ORDER**

IT IS SO ORDERED.

DATED: _____April 27_____, 2022          _____
                                                                              UNITED STATES MAGISTRATE JUDGE



**CERTIFICATE OF SERVICE**

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 26th of April, 2022, she caused a copy of **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES UNDER FCRA, 15 U.S.C. § 1681[SECOND REQUEST]** to be served electronically to all parties of interest through the Court's *CM/ECF system* as follows:

Michael Kind
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123

George Haines
Gerard Avalos
**FREEDOM LAW GROUP**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada  89123
Tel: (702) 880-5554
Email: Ghaines@freedomlegalteam.com
Email: Gavalos@freedomlegalteam.com

*Attorneys for Plaintiff Karla Gorman*

/s/: Dianne Kelling
An Employee of Dickinson Wright PLLC

