**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER
Nevada Bar No. 7332
GABRIEL A. BLUMBERG
Nevada Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant*
*Cox Communications*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KARLA GORMAN,<br><br>  Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; NATIONAL CONSUMER TELECOM & UTILITIES EXCHANGE, INC., COX COMMUNICATIONS; KOHL'S INC.<br><br>  Defendants. | Case No. 2:22-CV-00369-JCM-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES UNDER FCRA, 15 U.S.C. § 1681**<br><br>**[THIRD REQUEST]** |

Defendant Cox Communications ("Cox"), by and through its attorneys, Dickinson Wright PLLC, and Plaintiff Karla Gorman ("Plaintiff"), by and through her attorneys, Freedom Law Firm and Kind Law, stipulate and agree as follows:

1. Plaintiff filed her Complaint for Damages under FCRA, 15 U.S.C. § 1681 on March February 28, 2022 (the "Complaint").

2. Plaintiff served Cox on March 2, 2022.



1

3. Pursuant to the Stipulation and Order approved by the Court on March 22, 2022, [ECF No. 12], Cox's deadline to respond, move or otherwise plead to the Complaint was extended to April 29, 2022.

4. Pursuant to the Stipulation and Order approved by the Court on April 27, 2022, [ECF No. 18], Cox's deadline to respond, move or otherwise plead to the Complaint was extended to May 31, 2022.

5. Plaintiff and Defendant have agreed that Cox shall have up to an including June 14, 2022, to respond, move or otherwise plead to the Complaint to provide Cox with additional time to continue its investigation and review its records pertaining to the allegations in the Complaint.

6. This is the third stipulation between Plaintiff and Cox to extend the time for Cox to respond, move or otherwise plead to the Complaint and it is not being entered into for purposes of any delay.

Dated: May 27th, 2022.

**DICKINSON WRIGHT PLLC**

/s/: Michael N. Feder
MICHAEL N. FEDER, NV Bar No. 7332
GABRIEL A. BLUMBERG, NV Bar No. 12332
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400/Fax: (844) 670-6009
Email: mfeder@dickinson-wright.com
Email: gblumberg@dickinson-wright.com

*Attorneys for Defendant
Cox Communications*

Dated: May 27th, 2022.

**FREEDOM LAW FIRM**

/s/: Gerardo Avalos
GEORGE HAINES, NV Bar No. 9411
GERARDO AVALOS, NV Bar No. 15171
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
Tel: (702) 880-5554/Fax: (702) 385-5518
Email: Chaines@freedomlegalteam.com
Email: Gavalos@freedomlegalteam.com

MICHAEL KIND, NV Bar No. 13903
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123
Tel: (702) 337-2322/Fax: (702) 329-5881
Email: mk@kindlaw.com

*Attorneys for Plaintiff Karla Gorman*

**ORDER**

IT IS SO ORDERED.

DATED: May 31, 2022

_____
UNITED STATES MAGISTRATE JUDGE



## CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 27th day of May, 2022, she caused a copy of **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COX COMMUNICATIONS TO RESPOND TO PLAINTIFF'S COMPLAINT FOR DAMAGES UNDER FCRA, 15 U.S.C. § 1681[THIRD REQUEST]** to be served electronically to all parties of interest through the Court's *CM/ECF system* as follows:

Michael Kind
**KIND LAW**
8860 South Maryland Parkway, Suite 106
Las Vegas, NV 89123

George Haines
Gerard Avalos
**FREEDOM LAW GROUP**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada  89123
Tel: (702) 880-5554
Email: Ghaines@freedomlegalteam.com
Email: Gavalos@freedomlegalteam.com

*Attorneys for Plaintiff Karla Gorman*

/s/: Dianne Kelling
An Employee of Dickinson Wright PLLC

