George Haines, Esq
Nevada Bar No   9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
(702) 880 5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Karla Gorman*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| Karla Gorman, | Case No.: 2:22-cv-00369-JCM-BNW |
|---|---|
| Plaintiff(s,) | **Stipulation of dismissal of Cox Communications with prejudice** |
| v | |
| Experian Information Solutions, Inc.; National Consumer Telecom & Utilities Exchange, Inc ; Cox Communications; Kohl's Inc., | |
| Defendant(s.) | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Karla Gorman and Cox Communications stipulate to dismiss Plaintiff's claims against Cox Communications with prejudice

STIPULATION                - 1 -

Each party will bear its own costs, disbursements, and attorney fees.

Dated July 21, 2022

**FREEDOM LAW FIRM**

/s/ George Haines
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 350
Las Vegas, Nevada 89123
*Counsel for Plaintiff Karla Gorman*

**Dickinson Wright PLLC**

/s/ Michael Feder
Michael Feder, Esq.
Dickinson Wright PLLC
3883 Howard Hughes Pkwy.
Suite 800
Las Vegas, NV 89169
*Counsel for Cox Communications*

IT IS SO ORDERED:

UNITES STATES DISTRICT JUDGE

DATED: July 26, 2022

STIPULATION  - 2 -